UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DONALD WHITE, I                    )
                                   )
                    Plaintiff      )
                                   )
v.                                 )   2:11-cv-00224-JAW
                                   )
BARBARA SWARTZ, et al.,            )
                                   )
                    Defendants     )

## RECOMMENDED DECISION

On June 1, 2011, Donald White filed a civil rights complaint relating to the disclosure of

confidential information concerning White to individuals at the Maine Correctional Center.  On

June 6, 2011, I entered an order granting White leave to proceed without prepayment of the filing

fee but giving him until June 27, 2011, to notify the Court as to whether or not he wanted to

shoulder the cost of the suit going forward.  White has not filed anything in response to this order

and I now recommend that the Court dismiss the complaint without prejudice for failing to

prosecute because White has not indicated that he is willing to incur the cost of this action

through deductions from his prison account.  In the event that White  responds to this

recommended decision by indicating his intent to proceed and incur the filing cost, the

recommendation will be withdrawn and the complaint will be screened pursuant to 28 U.S.C. §

1915(e)(2) to determine if service is warranted with regards to the named defendants.

<u>NOTICE</u>

A party may file objections to those specified portions of a magistrate
judge's report or proposed findings or recommended decisions entered pursuant to
28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is

sought, together with a supporting memorandum, within ten (14) days of being served with a copy thereof.  A responsive memorandum shall be filed within ten (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

July 6, 2011

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge